## Commonwealth *v.* Riddick, Appellant.

Submitted December 3, 1973. *William H.*

*Platt*, Assistant Public Defender, for appellant; *James Knoll Gardner*, Assistant District Attorney, and *George J. Joseph*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.